1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHAWN ALLEN WHITE,<br><br>Defendant. | No.  2:21-cr-00048 WBS CSK<br><br><br><br>ORDER |

Pending before the court are defendant's objections to the writ of garnishment and request for a hearing.  (ECF No. 4.)  On November 12, 2024, the magistrate judge filed findings and recommendations herein which were served on all parties and contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 9.)  On December 6, 2024, defendant filed a letter with the court (ECF No. 10), which this Court construes as objections to the findings and recommendations.  This Court has considered defendant's objections although they are untimely.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

///

1

  Accordingly, IT IS HEREBY ORDERED that:

  1. The findings and recommendations (ECF No. 9) are adopted in full; and

  2. Defendant's objections to the writ of garnishment are overruled and defendant's request for a hearing (ECF No. 4) is denied.

Dated: December 20, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Wh48.jo