IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SHAWN ANN WHITE,<br><br>　　　　Defendant-Debtor.<br><br>WESTERN DENTAL SERVICES, INC.,<br><br>　　　　Garnishee. | Case No. 2:21-CR-00048 WBS-CSK<br><br>**FINAL ORDER OF CONTINUING GARNISHMENT**<br><br>Criminal Case No. 1:15-cr-00055-LG-RHW (S.D. Miss.) |

　　On September 11, 2024, in the Southern District of Mississippi, the United States filed an Application for Writ of Continuing Garnishment against twenty-five percent (25%) of Shawn Ann White's ("Debtor") non-exempt disposable earnings. *United States v. White*, No. 1:15-cr-00055 (S.D. Miss.), ECF 335.  The Clerk of the Court issued the Writ and Clerk's Notice to Debtor.  *Id*., ECF 336. The United States served the Writ and related documents on Western Dental Services, Inc. ("Garnishee") and Debtor.  *Id*., ECF 338.

FINAL ORDER OF CONTINUING GARNISHMENT　　　　　　　1

On September 30, 2024, Ms. White requested transfer of this case to the Eastern District of California. *Id*., at ECF 339. On October 3, 2024, the United States, through its counsel in the Southern District of Mississippi, consented to the transfer to Eastern District of California. *Id*., at ECF 340.

On October 15, 2024, Garnishee served its Acknowledgment of Service and Answer of Garnishee on Debtor and the United States ("Answer"). *Id*., ECF 343.  In its Answer, Garnishee stated that Debtor is an employee of Garnishee and pays earnings to Debtor. *Id*.  After the case was transferred to the Eastern District of California, Debtor objected to the proposed garnishment and requested a hearing.  ECF 4.  The United States filed a response to the objections and hearing request on November 1, 2024.  ECF 7.  Debtor was served a copy of this response on November 1, 2024.  ECF 8.

Pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 302, on November 12, 2024, the Magistrate Judge issued findings and recommendations that recommended that the United States' request for final order of garnishment be granted and ordered that any objections were due within 14 days after service. ECF 9.  Debtor was served with the findings and recommendations on November 12, 2024.  ECF 9. Debtor objected to the findings and recommendations on December 6, 2024.   ECF 10.  The United States filed a response to Debtor's objections to the findings and recommendations on December 19, 2024.  ECF 11. Debtor was served a copy of this response on December 20, 2024.  ECF 12.

In accordance with 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of the case.  Having carefully reviewed the file, the Court concludes that the Magistrate Judge's findings and recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED THAT:

1. The Findings and Recommendations for Final Order of Continuing Garnishment (ECF 9) are ADOPTED IN FULL;

2. Western Dental Services, Inc. is directed to pay the Clerk of the United States District Court twenty-five percent (25%) of Shawn Ann White's ongoing and non-exempt disposable earnings, including, but not limited to wages, earnings, commissions, and bonuses;

3. Western Dental Services, Inc. is directed to pay the Clerk of the United States District Court the amount of non-exempt disposable earnings, including, but not limited to wages, earnings, commissions, and bonuses, already withheld as a result of the writ, within fifteen (15) days of this Final

Order of Garnishment. Payment shall be made in the form of a check, money order, or company draft, made payable to the "Clerk of the Court" and delivered to:

> **United States District Court**
> **Dan M. Russell, Jr., United States Courthouse**
> **2012 15th Street, Suite 403**
> **Gulfport, MS 39501**

The criminal docket number from the **Southern District of Mississippi** (1:15-CR-00055 LG-RHW) shall be stated on the payment instrument;

    4.    The Court shall retain jurisdiction to resolve matters through ancillary proceedings in the case, if necessary; and

    5.    The garnishment shall terminate when (1) the United States seeks to terminate the writ or (2) when the judgment amount is fully satisfied.

IT IS SO ORDERED.

Dated: December 30, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE